IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HERSCHEL G. BYRD
also known as
Herschel Hines #1045834,

    Plaintiff,

      v.

BROOKS FRANKLIN
Attorney at Law Bar No. 273150, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2508-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 18 day of October, 2011.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge